November 5, 2013



**JUDGMENT**

## The Fourteenth Court of Appeals

T.N. AKA T.D., Appellant

NO. 14-13-00012-CV
NO. 14-13-00014-CV                          V.

THE STATE OF TEXAS, Appellee
_____

This cause, appeals from the orders for temporary inpatient mental health services and to administer psychoactive medication, signed on December 27, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the orders. We order the orders of the court below **AFFIRMED**.

We order appellant, T.N. aka T.D., to pay all costs incurred in these appeals.

We further order this decision certified below for observance.